# EXHIBIT A



# CAPITAL ACCOUNTS
## RESULTS DRIVEN COLLECTIONS

P.O. BOX 140065
Nashville, TN 37214

Phone: 800.282.3214
Fax:    1.800.296.3317

# Fax Transmittal Form

To: **Dr.markcus**　　　　　　　From: Todd Stevens
Name: Dental Office Fax: (732) 363-4993 Date: 12/11/2015

Dr.markcus,

Thank you for giving me the opportunity to speak with you regarding our comprehensive collection service. I am confident that you will be pleased with our company information that is enclosed. Capital Accounts maintains membership with The Association of Credit and Collection Professionals (ACA). Please watch this brief video to learn more about how Capital Accounts can help your business - www.usecapital.com/demo

**\*\*\*Announcement ---** In the coming weeks we will have completed our integrations with with ALL Dental, Veterinary, Audiology, and Optometry Practice Management Softwares. Including the various versions of each respective software. This will make submitting accounts a streamlined process for the practice by simply clicking a button to submit accounts to collections. Medical and Chiropractic Practice Management Software integrations will be coming in the first quarter of the new year. Speak with your representative today.**\*\*\***

Capital Accounts / 800.282.3214 phone / 800.296.3317 fax

## A Specialized Approach to Collections
Capital Accounts has taken a results driven and innovative approach to collections through the development of a propriety collection platform with leading edge technology and business processes. Our platform is the foundation for high levels of recovery and attentive customer service. We consistently recover a higher percentage of our client's bad debt because we take the time to develop a collection program specific to our clients needs.

## Advantages of using Capital Accounts

- State-of-the-art technology utilizing sophisticated phone and on-line systems.
- Credit Reporting on all accounts not paid in full within 30 days.
- Zero financial risk. You pay nothing until we collect for you.
- Statistical and informational reporting at no additional cost.
- We have experienced and highly motivated collectors. Schedules are maintained to take advantage of the full day and weekends as appropriate in order to maximize contacts.
- Advanced Skip Tracing services using the most current technology allows us to internally maintain internal databases for all residences and businesses throughout the United States.

### How do I get started?
Be not complacent. Time is the most critical factor in debt recovery. The office can fax, mail, or email this information to us or submit online at www.capital-accounts.com. Once we receive the accounts, a confirmation report will be generated to your office with your client id number and verification of the information received. You can send accounts that are up to 4 years old from the last date of service. You can also send accounts that may have been written off previously. There are 3 pieces of information we need pertaining to each account: Individual Information Sheet, the ledger breakdown of how the balance was arrived, and the last date of service. **Client Testimonials/Referrals available upon request**

If you do not wish to receive future fax communications from the sender of this fax document please contact the sender by the fax 800-296-3317, phone 800-282-3214 or email address, service@usecapital.com. Failure to comply with your opt-out request within 30 days of receipt is unlawful.