**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-6667
ross@paslawfirm.com

**LAW OFFICES OF TODD M FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice Pending*)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
(877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC d/b/a CAPITAL ACCOUNTS,<br><br>Defendant. | Case No.: 3:16-CV-01517-PGS-LHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendant Capital Accounts, LLC d/b/a Capital Accounts, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

*Clerk is directed to close file.*

**SO ORDERED:** [signature]
**DATED:** 4/27/16

**PARIS ACKERMAN & SCHMIERER LLP**

By: *s/Ross H. Schmierer*
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, NJ 07068
(T): (973) 228-6667
(F): (973) 629-1246
ross@paslawfirm.com